AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts Southern
District of Texas
FILED

May 1, 2021

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MARINA GARCIA-DIAZ, | ) | Case No. |
| HENRY LINCONA-LARIOS, | ) | 4:21mj0984 |
| KEVIN LINCONA-LOPEZ, MARCO BACA-PEREZ, | ) | |
| and MARCELO GARCIA-PALACIOS | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 30, 2021__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(iii) and 8 U.S.C. § 1324(a)(1)(B)(i) | The Defendants knowing or in reckless disregard of the fact that an alien has come to, entered, or remained in the United States in violation of law, concealed, harbored or shielded from detection, such alien in any place, including any building or any means of transportation, for the purpose of commercial advantage or private financial gain. |

This criminal complaint is based on these facts:
Please see attached Affidavit.

☑ Continued on the attached sheet.

/s/ Suyapa Martin
*Complainant's signature*

Suyapa Martin - DHS/ICE/HSI, Special Agent
*Printed name and title*

Sworn to before me telephonically.

Date: 05/01/2021

/s/ Christina Bryan
*Judge's signature*

City and state: Houston, Texas

Christina Bryan, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Attachment "A"

**I, Suyapa Martin, being first duly sworn, depose and state the following:**

I am currently employed as a Special Agent (SA) with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), Immigration and Customs Enforcement (ICE) in Houston, Texas (TX). I have been an SA for HSI since December 2008 and currently assigned to the HSI Houston Human Smuggling/Trafficking group. I am empowered by DHS as an SA to execute arrests, searches, and seizures for violations of Titles 8, 18, 19, 21, and 31 of the United States Code and related offenses.

1. On April 30, 2021, the Houston Police Department (HPD) received a 911 call regarding a possible kidnapping case. HPD responded to 3003 Ella Boulevard to meet with the caller, Francis Martinez. Martinez reported she paid $11,000 in February to human smugglers to smuggle her brother, Santos Vaquedano, from Honduras to the United States.

2. Martinez told HPD that on April 29, 2021, Martinez was instructed to drive to Houston from Dallas and pay an additional $6,300.00 for Vaquedano to be released. Martinez was instructed by a male and female from cellular number 346-389-5571 to meet with the smugglers at a Walgreens in Houston, Texas.

3. Martinez immediately left Dallas and while in route, she received a call from a female utilizing phone number 832-820-1334 who put Vaquedano on the phone to briefly speak to Martinez. Martinez provided HPD with a recording of the conversation and Vaquedano repeatedly asked Martinez "Please help me." Again, while still in route, Martinez received a phone call from a male via cell phone number 346-389-5571 demanding the money. The male told Martinez if she didn't pay the money, they would kill her brother. Martinez was afraid for Vaquedano's life and decided to report the incident to HPD.

4. Subsequently, HPD obtained an Emergency Geolocate order to "ping" the two cell phone numbers (346-389-5571 and 832-820-1334) provided by Martinez. The cellphone "ping" location was determined to be at address 12210 Chessington Drive, Houston, Texas.

5. Furthermore, HPD conducted surveillance at 12210 Chessington while a Search Warrant was obtained for the property. At approximately 10:00 a.m., a grey Toyota Corolla bearing Texas license plates MBX 2421 departed the residence occupied by two males. The two males were later identified as Henry Lincona-**LARIOS** (passenger) and Kevin Lincona-**LOPEZ** (driver). HPD conducted a traffic stop after observing multiple moving traffic violations which included failure to signal a lane change and failure to signal a left turn. **LARIOS** and **LOPEZ** were detained by HPD. HPD Officer W. Preston recovered two cell phones, a passport, two identification cards, and a wallet containing a large sum of US currency from **LARIOS**. HPD also recovered two cell phones, two identification cards, and a wallet from **LOPEZ**.

6. Simultaneously, HPD Swat Division executed a Search Warrant at the 12210 Chessington residence and discovered approximately 97 undocumented noncitizens (UNC) in the residence. All male UNCs were in their undergarments.

7. HSI Houston was notified and responded to the 12210 Chessington residence. Health and Human Services conducted Covid testing on the UNCs. HSI utilized a contract transport company to transport the UNCs to the Montgomery Processing Center in Conroe, Texas for interviews and processing.

8. HSI SAs photographed the 12210 Chessington residence. There were 4 bedrooms upstairs. Agents discovered US currency and several ledgers containing names of UNCs and human smuggling payment records. These ledgers were discovered in the front room to the right of the stairs. There were 2 rooms on the left side of the stairway where the UNCs were discovered. The rooms had a deadbolt on the door facing outside, preventing escape from the inside of the room. Agents observed a maroon/dark red Ford Expedition bearing Texas license plates NSZ 0114 parked in the garage.

9. Material witness Wendy Carolina Fortin-Javier, a citizen of Honduras, illegally entered the United States on April 22, 2021 via McAllen, Texas and arrived on April 28, 2021 at the residence in Houston. Her intended destination in the United Stated was Seattle, Washington. Fortin identified **LOPEZ**, **LARIOS**, Marco **BACA**-Perez, and Marina **GARCIA**-Diaz as smugglers. Fortin identified Jesus Hernandez-Marin as a helper at the 12210 Chessington residence. Fortin made positive identifications of each from six-photo lineups.

10. Fortin stated **LOPEZ** was the driver of the Ford Expedition when she was picked up and brought to the residence. **LOPEZ** told the UNCs not to make any noise once inside the residence and stated if the UNCs did not live, it was because the family did not pay. **LARIOS** was the driver of a grey vehicle that was also picking up UNCs with the Ford

Expedition and seemed to be the leader of the organization. **LARIOS** told the UNCs if the money was not paid, they would be put in "4 pieces of wood". Fortin understood that phrase to mean placed in a coffin six feet under.

11. Fortin claimed **BACA** told the UNCs he was a foot guide and arrived at the residence on April 29, 2021. Fortin stated Hernandez was the helper of the organization. Hernandez fed the UNCs and would also move the UNCs to take showers.

12. Fortin stated **GARCIA** seemed to be **LARIOS'** girlfriend. **GARCIA** was the individual who wrote down the UNCs name and number in the ledgers. **GARCIA** was the individual calling the family to make arrangements for payments and delivery of the UNCs.

13. HSI Houston HSTG SA Suyapa Martin and SA Raul Silva determined Jesus Hernandez-Marin, previously identified by Fortin, to be a material witness after conducting an interview. Hernandez, a citizen of Mexico, illegally entered the United States via McAllen, Texas. Hernandez stated he was taken to a stash house in McAllen and remained there for approximately 20 days. Hernandez had paid $5,000 to be smuggled to McAllen and had no money left to pay to continue his trip and asked a smuggler for a job. Hernandez stated he was told to wait for "EL CHAPARRO" whom he later identified as Marcelo Garcia-**PALACIOS**. Hernandez stated he worked with **PALACIOS** to guide a group of UNCs through the brush. Hernandez was then taken to the stash house in Houston and helped to feed the UNCs.

14. Hernandez identified **LARIOS** as "Fresa". **LARIOS** was the driver of the SUV that picked up Hernandez and took him to the 12210 Chessington residence. Hernandez was instructed to take off all of his clothes except his undergarments, but **PALACIOS** told **LARIOS** that Hernandez was working with **PALACIOS**.

15. Hernandez identified **GARCIA** as the wife/girlfriend of **LARIOS**. **GARCIA** would call the family members of the UNCs to make arrangements of payments and delivery. Hernandez stated **GARCIA** and **LARIOS** slept in the upstairs front room right of the stairway. This is the room HSI agents discovered envelopes with money and "pollo ledgers."

16. Hernandez identified **LOPEZ** as "Pantera". Hernandez claimed **LOPEZ** would pick up and deliver the UNCs. **LOPEZ** would also handle receiving the money. Hernandez believed **LOPEZ** was **LARIOS'** right hand man.

17. Hernandez identified **BACA** as an individual that arrived with a smuggled load of UNCs but was not sure any other role **BACA** played in the organization. **BACA** also arrived with his girlfriend, later identified as Guadalupe Hernandez-Garcia. Hernandez made

positive identifications of **PALACIOS, LARIOS, GARCIA, LOPEZ,** and **BACA** from six-photo lineups.

18. Material witness Luis Serrano-Orellana, a citizen of El Salvador, illegally entered the United States via McAllen, Texas on or about April 19, 2021. Serrano identified **LARIOS** at the possible leader of the organization. Serrano observed **LARIOS** push a UNC. **LARIOS** hit the UNCs if the UNCs were not quiet. Serrano stated Hernandez gave food to the UNCs.

19. Serrano stated **LOPEZ** instructed the UNCs to remain quiet and threatened the UNCs. Serrano once observed a firearm on the left side of **LOPEZ**'s waistband. According to Serrano, **LOPEZ** instructed the UNC males to remove their clothes off and to give him their phones.

20. Serrano stated **PALACIOS** also gave the UNCs food. **PALACIOS** instructed the UNCs to remain quiet or they would add an additional charge to the payment fee. Serrano claimed **PALACIOS** ran upstairs in his undergarments when HPD was outside the residence. Serrano made positive identifications of **LARIOS, LOPEZ,** and **PALACIOS** from six-photo lineups.

21. Material witness Randin Escobar Maradiaga, a citizen of Honduras, entered the United States via McAllen, Texas. Escobar identified **LOPEZ** as the passenger of the Ford Expedition that picked Escobar up and brought him to the stash house in Houston. Escobar identified Hernandez as the individual who fed the UNCs.

22. Escobar identified **LARIOS** as the driver of the Ford Expedition that picked him up and drove him to the stash house in Houston. Once in the residence, **LARIOS** told Escobar and other UNCs to take their clothes off. Escobar said **PALACIOS** also provided food to the UNCs and did not remain in the locked room with other UNCs. Escobar made positive identifications of **LOPEZ, LARIOS,** and **PALACIOS** from six-photo lineups.

23. Based upon the evidence gathered from this investigation, I believe there is probable cause to believe that MARINA **GARCIA**-DIAZ, HENRY LINCONA-**LARIOS**, KEVIN LINCONA-**LOPEZ**, MARCO **BACA**-PEREZ, and MARCELO GARCIA-**PALCIOS** knowing or in reckless disregard of the fact that an alien has come to, entered or remained in the United States, in violation of law, concealed, harbored, or shielded from detection, such aliens in any place, including any building or any means of transportation, for purpose of commercial advantage or private financial gain, in violation of Title 8 U.S.C. Section 1324(a)(1)(A)(iii) and (a)(1)(B)(i).

Special Agent Suyapa Martin
Homeland Security Investigations
Houston, Texas

Sworn and subscribed telephonically on May 1, 2021, and I hereby find probable cause.

Christina Bryan
U.S. Magistrate Judge